Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DE'ONDRE LAMONTIA PHILLIPS,<br><br>Defendant. | NO. CR23-074-RSM<br><br>UNITED STATES' SENTENCING MEMORANDUM |

## I.     Introduction.

Our neighborhoods and streets are flooded with guns, fentanyl, and methamphetamine. This dangerous trifecta leads to daily violence, chaos, and loss in our communities – be it through violent crimes like shootings and murders or overdose deaths. De'Ondre Phillips wasn't solely responsible for these problems, but he certainly contributed to them. Phillips possessed significant quantities of both fentanyl and methamphetamine that he sold into our community. He also stockpiled numerous firearms, suggesting both that he had them for his own use and to distribute them to other dangerous criminals. This serious offense conduct warrants a sentence of 96 months of imprisonment.

GOVERNMENT'S SENTENCING MEMORANDUM - 1
*United States v. Phillips,* CR23-074 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## II.    The Sentencing Guidelines Calculations.

The government concurs with the Sentencing Guidelines calculations in the Presentence Report. For Counts 7, 10, and 11, there is a total offense level of 27 and a criminal history category of III, resulting in an advisory Guidelines range of 87-108 months. An additional 60-month consecutive, mandatory minimum sentence must be imposed as to Count 8.

## III.    Sentencing Recommendation.

The government recommends that the Court sentence Phillips to a total term of imprisonment of **96 months** and a term of supervised release of three years, with all the conditions of supervised release recommended by the Probation Office. Regarding the imposition of the sentence, the government specifically recommends that the Court impose a sentence of 36 months on Counts 7, 10, and 11 (concurrent with each other) and a consecutive sentence of 60 months on Count 8, for a total sentence of 96 months.

The various statutory sentencing factors support this sentence, including, most prominently, the nature and circumstances of the offense; the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment; the history and characteristics of the defendant; and the need for the sentence to afford adequate deterrence to criminal conduct.

Phillips' offenses were serious and dangerous. The Court is familiar with the dangerous combination of loaded firearms and drug trafficking (especially involving fentanyl and methamphetamine). We have seen these types of offenses far too often, and the government need not belabor the point regarding the dangers posed by these crimes.

But Phillips' conduct had an additional, concerning aspect to it. He colluded with codefendant Dion Cooper to engaging in an extensive firearms straw purchasing scheme. In his Plea Agreement, Phillips acknowledged that Cooper was a "prolific 'straw purchaser' of more than 100 firearms" for various other persons, including Phillips. Plea

GOVERNMENT'S SENTENCING MEMORANDUM - 2
*United States v. Phillips,* CR23-074 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Agreement ¶ 8. On the day of his arrest, Phillips possessed a whopping 24 firearms in his vehicle, residence, and storage unit. Plea Agreement ¶ 8. Cooper had straw purchased many of these firearms for Phillips. Plea Agreement ¶ 8. These guns included numerous semi-automatic pistols and multiple assault rifles such as a Draco AK-47 and a short-barreled rifle with no serial number (i.e., a "ghost gun"). The number of firearms Phillips possessed suggests that he was intending to further distribute them to his dangerous criminal associates.

Phillips' personal history and characteristics contain both aggravating and mitigating aspects. His criminal history is a significant aggravating factor. He has been convicted of shooting offenses as both a juvenile and an adult. In 2006, when he was 15 years old, Phillips engaged in what is described as a gang-related shooting in retribution for an assault against one of Phillips' associates. PSR ¶ 51 (convictions for Assault in the Second Degree with Firearm Enhancement and Unlawful Possession of a Firearm). Two years later, he fired a pistol eight times into a crowd, sending two individuals to the hospital with gunshot injuries. PSR ¶ 52 (convictions for Assault in the Second Degree and Unlawful Possession of Firearm). He was later convicted of Delivery of Heroin. PSR ¶ 53. Jail sentences of 37 months and even 50 months have not deterred Phillips from further criminal activity. Instead, his activities escalated into the offenses leading to the instant charges.

The government acknowledges that Phillips' history and background contain substantial mitigation. The Presentence Report documents his challenging upbringing and his resulting struggles with mental health and substance abuse issues. The plea agreement accounts for this mitigation by: (a) the government's agreement to dismiss the ten-year mandatory minimum sentence that applied to Count 7 as charged in the Indictment; and (b) the government's agreement to recommend a total sentence of 96 months, far less than the advisory Guidelines range when factoring in the mandatory consecutive 60-

GOVERNMENT'S SENTENCING MEMORANDUM - 3
*United States v. Phillips,* CR23-074 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

month sentence that must be imposed on Count 8.

## IV.    Conclusion.

For all these reasons, a total sentence of 96 months of imprisonment is the appropriate sentence in this case. The government also recommends that the Court impose a term of three years of supervised release, with all the conditions recommended by the Probation Office.

DATED this 14th day of November, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*/s Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903
Facsimile: 206-553-4440
Phone: 206-553-2636
E-mail: Todd.Greenberg4@usdoj.gov

GOVERNMENT'S SENTENCING MEMORANDUM - 4
*United States v. Phillips,* CR23-074 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970